UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MAXIM LEVIN and VODKA PROPERTIES, LLC,

      Plaintiffs,

  -vs.-                         Civil Action No.: 20-cv-1511

CITY OF BUFFALO, et al.

      Defendants.

---

### CITY DEFENDANTS' NOTICE OF MOTION TO ENLARGE TIME TO COMPLETE DISCOVERY AND ENLARGE THE CASE MANAGEMENT ORDER

      Upon the annexed Declaration of Robert E. Quinn, dated January 18, 2022, Defendants, CITY OF BUFFALO, BYRON W. BROWN, JAMES COMERFORD, JR., LOU PETRUCCI, TRACY KRUG, and KEVIN COYNE ("City Defendants"), by and through their attorney, Cavette Chambers, Esq., Acting Corporation Counsel for the City of Buffalo, move this Court pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure for an enlargement of time to complete discovery and to enlarge the existing Case Management Order in the above captioned matter.

Dated:  January 18, 2022
          Buffalo, New York

                                          CAVETTE A. CHAMBERS, ESQ.
                                          Acting Corporation Counsel

                                          */s/Robert E. Quinn*
                                          Robert E. Quinn
                                          Assistant Corporation Counsel
                                          1102 City Hall : 65 Niagara Sq.
                                          Buffalo, New York 14202
                                          Tel.: (716) 851-4326
                                          Fax.: (716) 851-4105
                                          E-mail: rquinn@city-buffalo.com