UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MAXIM LEVIN and VODKA PROPERTIES, LLC

           **PROOF OF SERVICE**

        Plaintiffs,

           Civil Action No.: 20-cv-1511

     -vs-

CITY OF BUFFALO, BYRON W. BROWN,
JAMES COMERFORD, JR., LOU PETRUCCI,
TRACEY KRUG, KEVIN COYNE, and
EMPIRE DISMANTLEMENT CO.

        Defendants.

        I, Robert E. Quinn, hereby certify that on January 18, 2022, I electronically filed the

foregoing documents with the Clerk of the District Court using the EM/ECF system

which would then electronically notify the following participants in this case:

Jill L. Yonkers, Esq.
yonkers@ruppbaase.com
Chad Davenport, Esq.
Davenport@ruppbaase.com
RUPP BAASE PFALZGRAF CUNNINGHAM, LLC
1600 Liberty Building
Buffalo, New York  14202


Stephen J. Stachowski, Esq.
LEWANDOWSKI & ASSOCIATES
721 Center Road
West Seneca, New York  14224
sstachowski@lewandowskiandassoc.com

1

I certify under penalty of perjury that the foregoing is true and correct.


Dated:  January 18, 2022
       Buffalo, New York

                                             CAVETTE A. CHAMBERS, ESQ.
                                             Acting Corporation Counsel


                                             */s/Robert E. Quinn*
                                             Robert E. Quinn
                                             Assistant Corporation Counsel
                                             1102 City Hall : 65 Niagara Sq.
                                             Buffalo, New York 14202
                                             Tel.: (716) 851-4326
                                             Fax.: (716) 851-4105
                                             E-mail: rquinn@city-buffalo.com