UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



MAXIM LEVIN and
VODKA PROPERTIES LLC,

          20-CV-1511 (JLS) (LGF)

          Plaintiffs,

v.

CITY OF BUFFALO,

          Defendant.

## ORDER

Given the potential discord in this Court's [66] and [72] summary judgment decisions—identified by Defendant City of Buffalo at Dkt. 95 at 17-18—and the Court's resulting concerns about fairness and judicial economy, partial reconsideration of these summary judgment decisions *may* be appropriate.

As such, the parties shall submit supplemental briefing addressing whether the Court's municipal liability determination as to Count 10 ought to apply as well to Counts 3 and 7, which would require judgment for Defendant. Defendant's opening brief is due **February 5, 2025**. Plaintiffs' opposition is due **February 19, 2025**. Defendant's reply is due **February 26, 2025**. The Court will schedule oral argument at a later date, if necessary. **The parties must submit a fresh set of papers, without incorporation by reference to prior filings.**

Given this, all scheduled trial dates and pretrial appearances are removed from the calendar and will be reset later, if necessary.

SO ORDERED.

Dated:   January 22, 2025
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE