Judgment in a Civil Case
_____

United States District Court<br>
_____WESTERN DISTRICT OF NEW YORK_____

MAXIM LEVIN, ET AL

   v.

CITY OF BUFFALO

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 20-CV-1511

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the City's motion for reconsideration is granted to the extent it seeks dismissal of Plaintiffs' Third and Seventh claims against the City. This action is dismissed on summary judgment in its entirety.

Date: March 5, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Colin J.
    Deputy Clerk