UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MAXIM LEVIN and VODKA PROPERTIES, LLC,

                Plaintiffs,

      v.                              Civil No.: 1:20-CV-01511

THE CITY OF BUFFALO, BYRON BROWN,
JAMES COMERFORD, JR., LOU PETRUCCI,
TRACY KRUG, EMPIRE DISMANTLEMENT CO.
and KEVIN COYNE

                Defendants.

_____

## NOTICE OF APPEARANCE

You are hereby requested to enter my appearance as counsel for the plaintiffs, Maxim Levin and Vodka Properties, LLC, in the above matter.


Dated: October 16, 2025
       Buffalo, New York

                         **RUPP PFALZGRAF LLC**
                         *Attorney for the Plaintiffs*

                By:_____
                       Jonathan P. Cantil, Esq.
                       1600 Liberty Building
                       Buffalo, New York  14202
                       (716) 854-3400
                       cantil@RuppRfalzgraf.com